IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No: 7:11-CV-39 FL

| | |
|---|---|
| LOUISE ANN CROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of | ) |
| Social Security | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter is before the Court on plaintiff's Motion for Judgment on the Pleadings and defendant's Motion for Remand to the Commissioner. Plaintiff's counsel indicated that she did not oppose the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby remands the Commissioner's decision under sentence six of 42 U.S.C. § 405(g).

SO ORDERED this 7th day of May, 2011.

_____
CHIEF JUDGE LOUISE FLANAGAN
UNITED STATES DISTRICT JUDGE