UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

LOUISE ANN CROLL, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:11-CV-39-FL
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon request by defendant for entry of final judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 24, 2012, that the Administrative Law Judge rendered a favorable decision to plaintiff on April 24, 2012, and final judgment is rendered in favor of plaintiff in the instant action.

**This Judgment Filed and Entered on August 24, 2012, and Copies To:**

Monica Rathke Savidge (via CM/ECF Notice of Electronic Filing)
Eskunder R.T. Boyd (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

August 24, 2012            JULIE A. RICHARDS, CLERK
                             /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk